210 So.2d 56

**Olivia S. ROWE**

v.

**The TRAVELERS INS. CO.**

No. 49214.

May 17, 1968.

In re: Olivia S. Rowe applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 208 So.2d 39.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

210 So.2d 56

**Mandrea Lee THOMAS**

v.

**EMPLOYERS MUTUAL FIRE INSURANCE COMPANY.**

No. 49225.

May 17, 1968.

In re: Mandrea Lee Thomas applying for certiorari, or writ of review, to the

Court of Appeal, First Circuit, Parish of East Baton Rouge. 208 So.2d 374.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.